UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of April, two thousand and fourteen,

_____

| | |
|---|---|
| Matthew Roach, Melissa Longo, Garrett Tichen, Christina Apple, | **ORDER**<br>Docket No. 13-3070 |
| Plaintiffs - Appellants, | |
| v. | |
| T.L. Cannon Corp., DBA Applebees, T.L. Cannon Management Corp., TLC West, LLC, TLC Central, LLC, TLC Utica, LLC, TLC East, LLC, TLC North, LLC, David A. Stein, individually and as Owner and Chairman of T.L. Cannon Corp. and as Director and Chairman of T.L. Cannon Management Corp., Matthew J. Fairbarn, individually and as Owner and President of T.L. Cannon Corp. and as Director and Chief Executive Officer of T.L. Cannon Management Corp., John A. Perry, individually and as Vice-President and Director of Operations of T.L. Cannon Corp. and as President of T.L. Cannon Management Corp., | |
| Defendants - Appellees. | |

_____

IT IS HEREBY ORDERED that the oral argument in the above entitled appeal, set for May 14, 2014, is ADJOURNED.

Oral argument will be rescheduled at a later date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

